389 A.2d 164

Commonwealth v. Davenport, Appellant.

Submitted December 6, 1976. Anne Skwiersky, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Stephen S. Seeling, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN and SPAETH, JJ., dissent on the basis of Judge Hoffman's dissenting opinion in *Commonwealth v. Poindexter*, 248 Pa.Super. 564, 375 A.2d 384 (1977) and on *Commonwealth v. Lockhart*, 223 Pa.Super. 60, 296 A.2d 883 (1972).

WATKINS, former P. J., did not participate in the consideration or decision of this case.